UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. BOLTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BERKELEY, et al.,<br><br>        Defendants. | Case No. 4:17-cv-01387-KAW<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 1 |

The Court has received Plaintiff's complaint and application to proceed *in forma pauperis*, both filed in this Court on March 14, 2017. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). The undersigned previously granted Plaintiff's IFP application, but declined to issue the summons at that time. The *in forma pauperis* statute provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious, (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

It is impossible to discern from plaintiff's complaint any of the essential details of the events that triggered plaintiff's lawsuit, or the legal theories under which he seeks relief. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. Plaintiff is advised that he must include his full name in the complaint, because the defendants have a right to know who is suing them. He must also clearly include facts that pertain to each cause of action rather than incorporate preceding paragraphs by reference. Plaintiff is further advised that civil rights actions have a two-year statute of limitations, so any incidents that occurred before 2015 are most likely time-barred. Plaintiff must also allege that he has complied with administrative claims

requirements pertaining to his state law causes of action. These claims cannot be pursued without having exhausted his administrative remedies.

Accordingly, pursuant to its authority under 28 U.S.C. § 1915(e)(2), the Court hereby dismisses plaintiff's complaint with leave to amend. Plaintiff shall file a first amended complaint no later than **August 4, 2017** or the case may be dismissed with prejudice.

In amending his complaint, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: July 5, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge