UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. BOLTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BERKELEY, et al.,<br><br>    Defendants. | Case No. 4:17-cv-01387-KAW<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL; ORDER DENYING REQUEST TO CONTINUE ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 11 |

On July 5, 2017, Plaintiff A. Bolton's complaint was dismissed with leave to amend. (Dkt. No. 10.) Plaintiff was given until August 4, 2017 to file an amended complaint. *Id.* at 2. Plaintiff was advised that the failure to file an amended complaint could result in his case being dismissed for failure to prosecute. *Id.*

On August 3, 2017, Plaintiff filed a motion for appointment of counsel and requested that the Court grant a 90 day extension to file the amended complaint. (Pl.'s Mot., Dkt. No. 11.) Generally, there is no right to appointed counsel in a civil action. *See United States v. McQuade*, 579 F.2d 1180, 1181 (9th Cir. 1978). The Court, however, in its discretion, may appoint counsel under 28 U.S.C. § 1915(e)(1) if it finds that there are "exceptional circumstances." *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether exceptional circumstances exist, the court evaluates the plaintiff's likelihood of success on the merits and the plaintiff's ability to articulate his or her claims in light of the complexity of the legal issues involved in the case. *Id.*

Here, Plaintiff requests appointed counsel because he has sought qualified legal counsel, but has been unsuccessful. (Pl.'s Mot. at 1.) There is no indication that he cannot articulate his claims in light of the complexity of the legal issues involved in the case. *See id.* Accordingly,

1 Plaintiff has not shown that exceptional circumstances warrant the appointment of counsel, and, as a result, his motion to appoint counsel is DENIED. If, in the future, the Court concludes it is necessary to appoint counsel to represent Plaintiff, it shall do so *sua sponte*. Nonetheless, the Court will again refer him to the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982. While the Help Desk does not provide legal representation, Plaintiff may benefit from the assistance of a licensed attorney, and appointments are available at various times throughout the week at the Oakland Courthouse.

Additionally, Plaintiff's request to continue the date by which the amended complaint is due is DENIED. Plaintiff must file an amended complaint, which includes his full name, by **August 21, 2017**. Failure to do so may result in the dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

Dated: August 4, 2017

KANDIS A. WESTMORE
United States Magistrate Judge